NORMAN K.K. LAU
Attorney At Law
A Law Corporation

NORMAN K.K. LAU  1795
820 Mililani Street, Suite 701
Honolulu, Hawaii  96813
Telephone No.:  (808) 523-6767
FAX No.:  (808) 523-6769
Email: norm@normlau.com

Attorney for Plaintiffs

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| LYDIA TUATAGALOA, and GAISAAFA TUATAGALOA,<br><br>　　　　　　　Plaintiff,<br><br>　vs.<br><br>CREDITOR IUSTUS et REMEDIUM, LLP dba CIR, LAW OFFICES,<br><br>　　　　　　　Defendant. | CIVIL NO. 07-00190 HG/KSC<br><br>STIPULATION TO DISMISS COMPLAINT WITH PREJUDICE; ORDER |

STIPULATION TO DISMISS COMPLAINT WITH PREJUDICE

        Plaintiffs and Defendant stipulate to dismiss the complaint

filed on April 9, 2007 with prejudice pursuant to FRCP, Rule 41

(a) (1) (ii).  No answer or summary judgment motion has been

filed and this stipulation is signed by all appearing parties.

        DATED:   Honolulu, Hawaii.   June 26, 2007.

/s/ CHRISTOPHER BEYER                    /s/ NORMAN K.K. LAU
CHRISTOPER BEYER                         NORMAN K.K. LAU
Defendant Pro Se                         Attorney for Plaintiffs
Managing Partner


APPROVED AND SO ORDERED:
DATED: July 1, 2007, Honolulu, Hawaii.



                                              /S/ Helen Gillmor
                                   ─────────────────────────────
                                   Helen Gillmor
                                   Chief United States District Judge

TUATAGALOA v. CREDITOR IUSTUS et REMEDIUM, LLP dba CIR, LAW OFFICES, Civil No. 07-00190 HG/KSC,
STIPULATION TO DISMISS COMPLAINT WITH PREJUDICE; ORDER

- 2 -